```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03138
   WILLIE R MCCOY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8964


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/23/2007 and was confirmed 04/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
-------------------------------------------------------------------------------
CODILIS & ASSOCIATES ^   NOTICE ONLY    NOT FILED            .00             .00
LITTON LOAN SERVICING    CURRENT MORTG       .00             .00             .00
LITTON LOAN SERVICING    MORTGAGE ARRE       .00             .00             .00
LITTON LOAN SERVICING    UNSECURED      NOT FILED            .00             .00
ADT                      UNSECURED      NOT FILED            .00             .00
AMERICAS FINANCIAL CHOIC UNSECURED      NOT FILED            .00             .00
BANK FIRST               UNSECURED      NOT FILED            .00             .00
CAPITOL MANAGEMENT SERVI NOTICE ONLY    NOT FILED            .00             .00
CATHERINE TAPE REPORT    UNSECURED      NOT FILED            .00             .00
CDA PONTIAC              NOTICE ONLY    NOT FILED            .00             .00
CITY OF CHICAGO EMS      UNSECURED      NOT FILED            .00             .00
COLUMBUS BANK & TRUST    UNSECURED      NOT FILED            .00             .00
COLUMBUS BANK & TRUST    UNSECURED      NOT FILED            .00             .00
LVNV FUNDING LLC         UNSECURED        1131.17            .00             .00
CROSS COUNTRY BANK       UNSECURED      NOT FILED            .00             .00
FIRST CASH ADVANCE       UNSECURED      NOT FILED            .00             .00
PREMIER BANKCARD         UNSECURED         399.85            .00             .00
MAX RECOVERY             UNSECURED         952.17            .00             .00
ECAST SETTLEMENT CORP    UNSECURED        1382.12            .00             .00
MERRICK BANK             UNSECURED        1273.56            .00             .00
MIDLAND FINANCE          UNSECURED      NOT FILED            .00             .00
NATIONAL MAGAZINE EXCHAN UNSECURED      NOT FILED            .00             .00
PROVIDIAN NATIONAL BANK  UNSECURED      NOT FILED            .00             .00
LVNV FUNDING LLC         UNSECURED         553.63            .00             .00
ROSELAND COMMUNITY HOSPI UNSECURED      NOT FILED            .00             .00
WOW INTERNET CABLE PHONE UNSECURED      NOT FILED            .00             .00
LITTON LOAN SERVICING    NOTICE ONLY    NOT FILED            .00             .00
MAX RECOVERY             UNSECURED         644.93            .00             .00
MAX FLOW CORP            UNSECURED        1045.15            .00             .00
US BANK NATIONAL ASSOCIA NOTICE ONLY    NOT FILED            .00             .00
MAX FLOW CORP            UNSECURED        2486.37            .00             .00
LITTON LOAN SERVICING LP NOTICE ONLY    NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03138 WILLIE R MCCOY
```

```
LEGAL HELPERS PC         DEBTOR ATTY    2,000.00                  2,000.00
TOM VAUGHN               TRUSTEE                                    139.21
DEBTOR REFUND            REFUND                                      10.79

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  2,150.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 2,000.00
TRUSTEE COMPENSATION                             139.21
DEBTOR REFUND                                     10.79
                         ---------------    ---------------
TOTALS                   2,150.00               2,150.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 04/23/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```